UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jane Doe,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Lowe's Home Centers LLC; et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00809-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to extend time to serve Defendants Victor [LNU][1] and Anthony [LNU] and to serve them by publication. (ECF No. 11). Plaintiff explains that she needs to conduct discovery in this matter to determine Victor and Anthony's identities and whereabouts. No party has opposed Plaintiff's motion, constituting their consent to the Court granting it. *See* LR 7-2(d).

The Court grants the motion in part and denies it in part. It grants Plaintiff's requested extension. *See* Fed. R. Civ. P. 4(m). It denies Plaintiff's request for service by publication because Plaintiff has neither discovered Victor and Anthony's identities and whereabouts nor attempted service on them using that information. So, the Court cannot determine whether service through the Nevada Legal News would be "reasonably calculated" to provide notice and an opportunity to respond. *Rio Props., Inc. v. Rio Intern. Interlink*, 284 F.3d 1007, 1016-17 (9th Cir. 2002) (*citing Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950)).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 11) is **granted in part and denied in part.** It is granted in part regarding Plaintiff's request that the Court extend

---

[1] This appears to mean "last name unknown."

the service deadline.  It is denied in part regarding Plaintiff's request to serve Victor and Anthony by publication.

**IT IS FURTHER ORDERED** that the service deadline is extended by 150 days from the date of Plaintiff's motion to **October 31, 2025**.

DATED: August 29, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE