Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Theresa Trenholm, Esq.
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: sprior@swlaw.com
       ttrenholm@swlaw.com

*Attorneys for Defendants Lowe's Home Centers, LLC, Donald "Ryan" Sparrow, and Victor [LNU]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS LLC, a foreign limited-liability company; ANTHONY [LNU], individually and as supervisor and manager; DONALD "RYAN" SPARROW, individually and as store manager; VICTOR [LNU], individually and as store manager; DOE EMPLOYEES I through X; DOE SUPERVISORS I THROUGH X; DOE HUMAN RESOURCE EMPLOYEES I THROUGH X; DOES I through X; ROE COMPANIES, XI through XX; inclusive,<br><br>Defendants. | Case No. 2:25-cv-00809-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

//
//
//
//
//
//
//

4907-4634-6886

It is hereby stipulated by and between Plaintiff Jane Doe and Defendant's Lowe's Home Centers, LLC, Donald "Ryan" Sparrow, and Victor [LNU] by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 12th day of January 2026.

BIGHORN LAW

/s/ David Finegold
Joshua P. Berrett (NV Bar No. 12697)
David Finegold (NV Bar No. 15220)
3675 W. Cheyenne Ave, Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111

*Attorneys for Plaintiff Jane Doe*

DATED this 12th day of January 2026.

SNELL & WILMER, LLP

/s/ Paul S. Prior
Paul Swenson Prior (NV Bar No. 9324)
Theresa C. Trenholm (NV Bar No. 16460)
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Phone: (702) 784-5200

*Attorneys for Defendant Lowe's Home Centers, LLC, Donald "Ryan" Sparrow, and Victor [LNU]*

### ORDER

**IT IS SO ORDERED.**

The Clerk of Court is kindly directed to close this case.

Dated this __12__ day of January, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4907-4634-6886